**Carlos ESPINO, Plaintiff-Appellant,**

v.

**WALGREEN CO.; et al., Defendants-
Appellees.**

No. 16-15778

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2017 *

Filed March 21, 2017

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

Carlos Espino, Pro Se

Leigh A. Stepp, Esquire, Anwyl & Stepp, LLP, Gold River, CA, for Defendant-Appellee Walgreen Co.

Michael R. Mordaunt, Esquire, Lori A. Reihl, Attorney, Riggio Mordaunt & Kelly, Stockton, CA, for Defendant-Appellee Stockton MRI & Molecular Imaging Medical Center Inc.

Bridget A. Moorhead, Esquire, Attorney, Selman Breitman LLP, San Diego, CA, for Defendant-Appellee Liberty Mutual Insurance Company

Joseph H. Fagundes, Esquire, Amber C. Lance, Malm Fagundes LLP, Stockton, CA, for Defendant-Appellee Morris Senegor, Dr.

Carol Naomi Finuliar, Attorney, Department of Industrial Relations, Oakland, CA, for Defendant-Appellee Alvin Webber, Judge

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

## MEMORANDUM **

Carlos Espino appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various federal claims arising from his medical care. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under Federal Rule of Civil Procedure 12(b)(6). *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010). We affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

We do not consider the merits of the district court's dismissal of Espino's action because Espino does not raise any argument in his opening brief concerning the district court's dismissal of any claim alleged in his operative complaint. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (we do not consider matters not specifically and distinctly raised and argued in the opening brief); *Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[A]rguments not raised by a party in its opening brief are deemed waived.").

Appellees' motions for summary affirmance (Docket Entry Nos. 9, 10, 12, 14) are denied as unnecessary.

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).